UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRY D. PIERCE                                                                                         PLAINTIFF

VS.                                   Civil No. 2:14-cv-02113-MEF

CAROLYN W. COLVIN,                                                                              DEFENDANT
Commissioner of Social Security Administration

## JUDGMENT

For reasons stated in the Memorandum Opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 8th day of July, 2015

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE